IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: REAL PROPERTY LOCATED AT 131 RED ROOF DRIVE, CHARLOTTE, NORTH CAROLINA, MORE PARTICULARLY DESCRIBED IN A DEED RECORDED AT DEED BOOK 24543; PAGES 360-365 IN THE MECKLENBURG COUNTY REGISTER OF DEEDS <br><br> FILE IN GRANTOR INDEX UNDER: MAHAVIR & MUNI, INC. | CASE NO.: 3:17-MC-15 <br><br> ORDER AND LIS PENDENS <br><br> **FILED** <br> **CHARLOTTE, NC** <br><br> JAN 2.6 2017 <br><br> **US District Court** <br> **Western District of NC** |

WHEREAS, the United States of America, by and through Officer Adam J. DeGeorge of the Charlotte Mecklenburg Police Department and Special Agent Karen J. Walsh of the Federal Bureau of Investigation and has presented an affidavit to the Court alleging that the above-captioned property constitutes or is derived from proceeds traceable to violations of 21 U.S.C. §§ 841 and 846;

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property constitutes or is derived from proceeds traceable to violations of 21 U.S.C. §§ 841 and 846;

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 21 U.S.C. §§ 853(a)(1) and/or (a)(2) and 21 U.S.C. § 881(a)(7), and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil <u>in rem</u> action before this Court, and any person who has a question as to this action should contact:

    United States Attorney
    for the Western District of North Carolina
    Attn: AUSA Tiffany Mallory Moore
    227 West Trade Street, Suite 1650
    Charlotte, NC    28202
    (704) 344-6222

This the 26 day of January, 2017.

_____
HON. DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE


**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**